# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SERVSTOR TECHNOLOGIES LLC | § § § | |
| *Plaintiff,* | § § | Case No. 2:22-CV-00161-JRG-RSP |
| v. | § § | (Lead) |
| WIWYNN CORPORATION, | § § § | |
| FUJITSU LTD, ET AL., | § § § | Case No. 2:22-CV-00250-JRG-RSP (Member) |
| *Defendant.* | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff ServStor Technologies LLC and Defendants Fujitsu Ltd. and Fujitsu America Inc. (collectively, "Fujitsu"). (Dkt. No. 35). In the Motion, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties jointly move to dismiss all claims for relief asserted against Fujitsu. (*Id.*). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. All claims against Fujitsu are **DISMISSED WITH PREJUDICE**. All pending requests for relief in this case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned cases.

So ORDERED and SIGNED this 24th day of February, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE